Maria Teresa RODRIGUEZ–
UCLES, Petitioner,

v.

John ASHCROFT, U.S. Attorney
General, Respondent.

No. 03–60876.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

DECIDED: May 26, 2004.

Maria T. Lopez, Miami, FL, for Petition-
er.

David V. Bernal, Thomas Ward Hussey,
Director, Elisabeth Layton, US Depart-
ment of Justice, Office of Immigration Lit-
igation, Regina Byrd, John Ashcroft, US
Department of Justice, M. Jocelyn Lopez
Wright, US Department of Justice, De-
partment of Homeland Security, Washing-
ton, DC, E.M. Trominski, District Di-
rector, US Immigration & Naturalization
Service, District Directors Office, Harlin-
gen, TX, Caryl G. Thompson, US Immi-
gration & Naturalization Service, District
Directors Office, New Orleans, LA, for
Respondent.

Before JONES, BENAVIDES and
CLEMENT, Circuit Judges.

PER CURIAM:*

Maria Teresa Rodriguez–Ucles ("Un-
cles") petitions for review of the Board of
Immigration Appeals' ("BIA") denial of
her motion to reconsider its dismissal of
her appeal. Rodriguez's appeal was dis-
missed for failure to file a separate written
brief or statement after indicating on the
notice of appeal that one would be filed.
In her petition for review, Rodriguez as-
serts that she is entitled to an adjustment
in status and argues at length that this
court has jurisdiction over her claims pur-
suant to 28 U.S.C. § 2241. As Rodriguez
has not filed a 28 U.S.C. § 2241 petition
for writ of habeas corpus, this court does
not have jurisdiction pursuant to that stat-
ute. Rodriguez offers no argument re-
garding the denial of her motion for recon-
sideration. Therefore, she has waived its
review. *See Yohey v. Collins,* 985 F.2d 222,
224–25 (5th Cir.1993).

Accordingly, the petition for review is
DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.